UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE MATEO ZUNIGA OCHOA,

      Petitioner,

    v.                       Case No.:  2:26-cv-01477-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

      Respondents,

/

## **OPINION AND ORDER**

Before the Court are Jose Mateo Zuniga Ochoa's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4). For the below reasons, the Court grants the petition.

Zuniga Ochoa is a native and citizen of Honduras who entered the United States in 2024. Immigration and Customs Enforcement recently arrested Zuniga Ochoa and detained him without an opportunity to seek release on bond. In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), the government concedes Zuniga Ochoa is entitled to a bond hearing.

The Court will thus order the respondents to either bring Zuniga Ochoa before an immigration judge for an individualized bond hearing within ten days or release him. To satisfy this Order, the hearing must include—and the

resulting order must reflect—consideration of evidence properly submitted by the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and Zuniga Ochoa's counsel must be given at least 48 hours' notice of the hearing, but only if they enter their appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice. The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements. If the respondents are unable to ensure Zuniga Ochoa receives a bond hearing that complies with this Order within ten days, they must release him.

Accordingly, it is hereby

**ORDERED**:

Jose Mateo Zuniga Ochoa's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall either (1) bring Zuniga Ochoa for an individualized bond hearing before an immigration judge or (2) release Zuniga Ochoa under reasonable conditions of supervision. If the respondents release Zuniga Ochoa, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

(2)     The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3